**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHERWIN D. STEPHENS,** : | **CIVIL ACTION NO. 1:05-CV-0425** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **THOMAS HOGAN, et al.,** : | |
| **Defendants** : | |

**ORDER**

AND NOW, this 18th day of July, 2005, upon consideration of plaintiff's request to waive the filing fee (Doc. 15) based on his recent "loss [of] prison job," and it appearing that plaintiff is a prisoner who previously requested and was authorized to bring this action *in forma pauperis* (Doc. 10), see 28 U.S.C. § 1915(b)(1) ("[I]f a prisoner brings a civil action . . . the prisoner shall be required to pay the full amount of a filing fee."), it is hereby ORDERED that the request (Doc. 15) is DENIED.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge