**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERWIN D. STEPHENS,** | : | **CIVIL ACTION NO. 1:05-CV-0425** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **THOMAS HOGAN, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 18th day of August, 2005, upon consideration of plaintiff's amended motion (Doc. 23) for an emergency stay of removal from the United States pending resolution of his civil rights action, and it appearing that the amended motion does not set forth any facts to support a potential claim for relief from a final order of removal, see 8 U.S.C. § 1252(f); see Kahn v. Elwood, 232 F. Supp. 2d 344, 347-52 (M.D. Pa. 2002) (discussing authority of district to order stay of removal), it is hereby ORDERED that the motion (Doc. 23) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge