IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERWIN D. STEPHENS,** | : CIVIL ACTION NO. 1:05-CV-0425 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **THOMAS HOGAN**, et al., | : |
| **Defendants** | : |

### **ORDER**

AND NOW, this 5th day of December, 2005, upon consideration of defendants' motion to dismiss (Doc. 27) and it appearing that plaintiff has not filed a brief in response to the motion as of the date of this order, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief. . . . [or] shall be deemed not to oppose such motion."), it is hereby ORDERED that plaintiff shall file a response brief on or before December 15, 2005.  Failure to comply with this order may result in the granting of the motion or dismissal of this case for failure to prosecute.  See L.R. 7.6;  FED. R. CIV. P. 41(b).

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge